UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PLIMAN, | No. 2:25-cv-2254 AC P |
| Petitioner, | |
| v. | ORDER |
| JOSHUA PRUDHEL, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not filed an in forma pauperis application or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit either an application in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the service of this order, petitioner shall submit an application to proceed in forma pauperis or the appropriate filing fee. Failure to comply will result in a recommendation that this action be dismissed.

////

////

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 19, 2025

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE