UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PLIMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSHUA PRUDHEL,<br><br>　　　　　Respondent. | No. 2:25-cv-2254 AC P<br><br><br>ORDER |

Respondent had requested a sixty-day extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Respondent's request for an extension of time (ECF No. 9) is GRANTED; and

　　2. Respondent shall have until January 23, 2026, to file a response to the petition for writ of habeas corpus.

DATED: November 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE