UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD PLIMAN, | No.  2:25-cv-2254 DC AC P |
| Petitioner, | |
| v. | ORDER |
| JOSHUA PRUDHEL, | |
| Respondent. | |

Petitioner has requested a thirty-day extension of time to file an opposition to respondent's motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Petitioner's request for an extension of time (ECF No. 17) is GRANTED; and

2.  Petitioner shall thirty days from the service of this order to file an opposition to the motion to dismiss.

DATED: April 14, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE